**2014–2075.   State ex rel. Sultaana v. Eighth Dist. Court of Appeals.**
In Mandamus and Prohibition. On motions to dismiss of the Eighth District Court of Appeals and the clerk of courts of the Eighth District Court of Appeals. Motions granted. Cause dismissed. Relator's motion to strike the motions to dismiss, motion to take judicial notice of changing of respondent Eighth District Clerk of Court, "request to take judicial notice and action," and "motion to take judicial notice to relator's 1/22/15 filing in the Cuyahoga County Common Pleas case no. 571–616" denied.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2087.   Tolbert v. Hust.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
   O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
   PFEIFER, J., dissents.

**2014–2095.   State ex rel. Vandergriff v. McBride.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2117.   Higgins v. Hamilton Cty. Dept. CPS.**
Miscellaneous case. On respondents' motion to dismiss. Motion granted. On emergency motion to stay all proceedings. Motion denied. On "motion to stop termination of parental rights based on facts discrimination." Motion denied. On motion for oral argument. Motion denied. On motion to vacate respondent's motion to dismiss based on errors. Motion denied.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0485.   SRMOF 2009–1 Trust v. Lewis.**
Butler App. Nos. CA2012–11–239 and CA2013–05–068, 2014-Ohio-71. On motion for stay pending appeal. Motion granted.
   PFEIFER and O'NEILL, JJ., dissent.

**2014–1203.   Hill v. Williamson.**
Marion App. No. 9–13–74. On motion to appeal and consolidate all cases relative to and pertaining to the initial case 2010-CIV-52422. Motion denied.

**2014–1505.   In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On joint motion for stay of Industrial Energy Users–Ohio and the Office of the Ohio Consumers' Counsel. Motion denied. On motion to dismiss assignments of error in cross-appeal of the Dayton Power & Light Company. Motion denied.
   PFEIFER and O'NEILL, JJ., dissent and would grant the motion to stay.
   O'DONNELL, J., dissents and would grant the motion to stay upon sufficient surety.

**2014–1637.   Dudley v. Dudley.**
Butler App. No. CA2013–09–163, 2014-Ohio-3992. On second motion for emergency stay. Motion denied.
   O'DONNELL and O'NEILL, JJ., dissent.

**2014–2204.   State v. Roper.**
Summit App. No. 27025, 2014-Ohio-4786. On review of motion to certify a conflict. Motion granted. Sua sponte, cause held for decision in 2014–0674, *State v. Anderson*, 9th Dist. Summit No. 26640, 2014-Ohio-1206, and briefing schedule stayed.